UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| ALLEN GLYN SONNIER, ET AL | * | CIVIL ACTION NO. 06-1439 |
|---|---|---|
| VERSUS | * | JUDGE HAIK |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | * | MAGISTRATE JUDGE HILL |

## ORDER

A telephone conference on the Motion for Leave of Court to Initiate Limited Discovery (rec. doc. 17) is hereby set for **October 17, 2006 at 2:00 p.m.** Counsel for movants, Allen Glyn Sonnier and Nolan Paul Martin, shall initiate the call.

Signed this 6th day of October, 2006, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE